August 30, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

WOODY K. LESIKAR, AS TRUSTEE OF THE WOODROW K. LESIKAR FAMILY TRUST, AS TRUSTEE OF THE WOODY K. LESIKAR SPECIAL TRUST, AND AS EXECUTOR OF THE WOODROW V. LESIKAR ESTATE, Appellant

NO. 14-11-01016-CV                                    V.

CAROLYN ANN LESIKAR MOON, INDIVIDUALLY AND AS TRUSTEE OF THE CAROLYN ANN LESIKAR MOON SPECIAL TRUST, Appellee

_____

       This cause, an appeal from the judgment in favor of appellee, CAROLYN ANN LESIKAR MOON, INDIVIDUALLY AND AS TRUSTEE OF THE CAROLYN ANN LESIKAR MOON SPECIAL TRUST, signed September 25, 2009, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant, WOODY K. LESIKAR, AS TRUSTEE OF THE WOODROW K. LESIKAR FAMILY TRUST, AS TRUSTEE OF THE WOODY K. LESIKAR SPECIAL TRUST, AND AS EXECUTOR OF THE WOODROW V. LESIKAR ESTATE, to pay all costs in this appeal. We further order the decision certified below for observance.